IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDGAR ANTONIO MONTOYA GARCIA, and all others similarly situated under 29 U.S.C. § 216(b), <br><br>Plaintiff, <br><br>v. <br><br>OVERNIGHT CLEANSE, LLC, GESU RESTAURANT GROUP, INC. also d/b/a GESU RESTAURANT GROUP LLC, SUNU SAMUEL a/k/a SUNNY SAMUEL, JOSEFINA MURILLO, and ALEJANDRO MURILLO <br><br>Defendants. | Civil Action No.3:18-cv-03386-E-BH |

## FINAL JUDGMENT

THIS MATTER is before the Court on the Consent Judgment against Defendants, OVERNIGHT CLEANSE, LLC, JOSEFINA MURILLO, and ALEJANDRO MURILLO, jointly and severally, filed on June 12, 2020.

THE Court having reviewed the Consent Judgment and being advised fully in the premises, hereby ORDERS and ADJUDGES as follows:

1. FINAL JUDGMENT is entered in favor of Plaintiff, EDGAR ANTONIO MONTOYA GARCIA against Defendants, OVERNIGHT CLEANSE, LLC, JOSEFINA MURILLO, and ALEJANDRO MURILLO, jointly and severally, in the total amount of $12,500.00, plus statutory interest from the date of judgment; for which sum let execution issue.

2. This $12,500.00 amount is inclusive of wages, damages, attorneys fees and costs; and costs as to the named Defendants only.

3. This Court will retain jurisdiction to enforce the Final Judgment.

4. This Final Judgment is only against OVERNIGHT CLEANSE, LLC, JOSEFINA MURILLO, and ALEJANDRO MURILLO, jointly and severally, and does not release the remaining Defendants.

**DONE AND ORDERED** in Chambers, Dallas, Texas, on this _____ day of _____, 2020.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE