IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDGAR ANTONIO MONTOYA GARCIA, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | CASE NO. 3:18-cv-3386-E-BH |
| OVERNIGHT CLEANSE LLC, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Entry of Default by the Clerk and Motion for Final Default Judgment*, filed July 17, 2020 (Doc. No. 36), is **GRANTED in part**. A separate default judgment will be entered in the plaintiff's favor on his FLSA claim for unpaid overtime wages against Defendants Gesu Restaurant Group, Inc. and Sunu Samuel.

**SIGNED** this 8th day of March, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE